# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO RIOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al,<br><br>　　　　Defendants. | 1:12-cv-01334-LJO-SKO (PC)<br><br>**ORDER REQUIRING DEFENDANTS TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT/AMEND PLEADINGS**<br><br>**(Doc. 29)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. After remand from the Ninth Circuit, Plaintiff is proceeding on his claims against Defendants J. Briggs, DDS, Edgar Clark, J. Kim, A. Liberstein, Teresa Macias, William J. McGuinness, Nereddy, J. Neubarth, H. N. Nguyen, Robert S. Pringle, DDS, P. Rouch, David Shampain, Sisodia, and J. Wong for deliberate indifference to his serious medical needs in violation of the Eighth Amendment. (Docs. 23, 24.) Service on Defendants of Plaintiff's First Amended Complaint, filed on June 13, 2013, was ordered on August 21, 2015. (Doc. 26.)

　　　　On October 9, 2015, Plaintiff filed a motion seeking to supplement/amend his pleadings to join additional persons as defendants in this action. (Doc. 29.) Defendants filed their answer to the First Amended Complaint on November 3, 2015. (Doc. 30.) Since Plaintiff's motion was filed a little less than a month prior to Defendants' appearance, the time for filing an opposition had lapsed. Because of the nature of Plaintiff's motion, Defendants' response/opposition is

1

essential.

Accordingly, it is HEREBY ORDERED that within **twenty-one (21) days** from the date of service of this order, Defendants shall file an opposition or a statement of non-opposition to Plaintiff's motion to supplement/amend his pleadings filed on October 9, 2015.

IT IS SO ORDERED.

Dated:   **January 21, 2016**                               **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE