# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO RIOS, | **Case No. 1:12-cv-01334-LJO-SKO (PC)** |
| Plaintiff, | |
| v. | **ORDER EXTENDING THE DISPOSITIVE MOTION FILING DEADLINE** |
| GIPSON, et al., | |
| Defendants. | **DEADLINE: December 1, 2017** |

Plaintiff, Reno Rios, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's claims in the First Amended Complaint for inadequate medical treatment of his chronic conditions such as asthma and nerve pain.[1] After multiple requests for extensions of time, Defendants' motion for summary judgment for failure to exhaust available administrative remedies under the Prison Litigation Reform Act of 1995, 42 U.S.C. § 1983, was recently resolved. (*See* Docs. 65, 81, 83.) The June 30, 2017 deadline for filing of dispositive motions lapsed during the time that Defendant's motion on exhaustion issues was pending and needs to be reset. (*See* Doc. 69.)

Accordingly, it is HEREBY ORDERED that the deadline for filing dispositive motions is extended to **December 1, 2017.** All other requirements of the Discovery and Scheduling Order

---

[1] *See* Doc. 12, Amend. Compl., ¶¶19-22, 25, 26, 29, 30-32, 48-64; Doc. 21, 9th Cir. Memo; Doc. 23, 9th Cir. Mandate; *see also* Doc. 83, granting summary judgment and dismissing Plaintiff's dental claims without prejudice.

1  which issued on February 18, 2016, (Doc. 43), shall remain in effect.

2

3  IT IS SO ORDERED.

4  Dated:  __September 26, 2017__                    /s/ *Sheila K. Oberto*

5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28