XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MICHELLE L. ANGUS, State Bar No. 210031
Supervising Deputy Attorney General
WILLIAM J. DOUGLAS, State Bar No. 125079
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7340
 Fax: (916) 324-5205
 E-mail: William.Douglas@doj.ca.gov
*Attorneys for Defendants Clark, Kim, Liberstein, Macias, McGuinness, Nareddy, Neubarth, Nguyen, Sisodia, Rouch, and Wang*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RENO RIOS,** | 1:12-cv-01334 LJO-SKO (PC) |
| Plaintiff, | **EXCERPTS OF PLAINTIFF'S DEPOSITION** |
| v. | |
| **CONNIE GIPSON, et al.,** | |
| Defendants. | |

I, William J. Douglas, declare:

I am an attorney licensed to practice law in this Court. I am employed by the Office of the Attorney General of the State of California, representing Defendants Clark, Kim, Liberstein, Macias, McGuinness, Nareddy, Neubarth, Nguyen, Sisodia, Rouch, and Wang.

/ / /

/ / /

/ / /

1

The attached are true and correct copies of excerpts from the transcript of Plaintiff's deposition that was taken on September 16, 2018.

I declare under penalty of perjury that the foregoing is true.

Executed this 2nd day of February 2018, at Sacramento, California

*/s/ William J. Douglas*
WILLIAM J. DOUGLAS
Deputy Attorney General
*Attorneys for Defendants Clark, Kim, Liberstein, Macias, McGuinness, Nareddy, Neubarth, Nguyen, Sisodia, Rouch, and Wang.*

SA2015302314
33249242.docx

1       IN THE UNITED STATES DISTRICT COURT
2     FOR THE EASTERN DISTRICT OF CALIFORNIA
3              FRESNO DIVISION
4
5  RENO RIOS,                        )
6              Plaintiff,            ) Case No. 1:12-cv-01334
7        vs.                         ) LJO-SKO (PC)
8  CONNIE GIPSON, et al.,            )
9              Defendants.           )
10 _____ )
11
12
13
14              DEPOSITION OF
15                RENO RIOS
16           CALIPATRIA, CALIFORNIA
17            September 16, 2016
18
19
20 ATKINSON-BAKER, INC.
   COURT REPORTERS
21 (800) 288-3376
   www.depo.com
22
23 REPORTED BY: LORI ARIAS, CSR NO. 9433
24
25 FILE NO.: AA08F8D

1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF CALIFORNIA
 3                     FRESNO DIVISION
 4
 5   RENO RIOS,                    )
 6                  Plaintiff,     )  Case No. 1:12-cv-01334
 7        vs.                      )  LJO-SKO (PC)
 8   CONNIE GIPSON, et al.,        )
 9                  Defendants.    )
10   _____   )
11
12
13
14
15
16
17
18
19        Deposition of RENO RIOS, taken on behalf of the
20
21   Defendants, at Calipatria State Prison, 7018 Blair Road,
22
23   Calipatria, California, commencing at 8:45 a.m., Friday,
24
25   September 16, 2016, before Lori Arias, CSR No. 9433.
```

1  A. Yes.
2  Q. And do you know where each of your children
3  presently reside?
4  A. Yes.
5  Q. And where is that?
6  A. Long Beach, California.
7  Q. What is your present controlling offense, the
8  reason that you're in prison today?
9  A. You can see all of those records on my record.
10 Q. I understand, but this is a deposition, and
11 I'm asking you questions that you need to respond to.
12 A. I was arrested for kidnapping.
13 Q. Do you know the approximate year of that?
14 A. Yes, '89.
15 Q. What is your expected date of release?
16 A. I don't have one.
17 Q. Are you serving a life term?
18 A. Yes.
19 Q. Do you have life with or without parole?
20 A. With parole.
21 Q. Do you know when your earliest date of
22 possible parole is?
23 A. It was '96.
24 Q. And so basically parole has been denied since
25 1996?

1	A.	Yes.
2	Q.	You said the crime took place in 1989. Have
3	you been incarcerated since 1989?
4	A.	Yes.
5	Q.	Do you have any other felony convictions
6	besides the kidnapping charge in 1989?
7	A.	Not that I know of. I had been arrested other
8	times for misdemeanors, but not any other felonies,
9	that I'm aware of. I don't remember if they were
10	felonies or not.
11	Q.	Have you been convicted of any additional
12	crimes since being in prison?
13	A.	No.
14	Q.	Do you have any other lawsuits presently
15	pending?
16	A.	Yes.
17	Q.	Approximately how many?
18	A.	Two.
19	Q.	Are those just your civil lawsuits, or is that
20	inclusive of your habeas petitions as well?
21	A.	There are two civil ones.
22	Q.	Do you have any pending habeas petitions as
23	well?
24	A.	No.
25	Q.	Approximately how many civil lawsuits have you

```
 1   something -- something strong for my pain.
 2        Q.   Okay.  You said several doctors said you
 3   needed these medications.  What doctors were they?  I
 4   need names.
 5        A.   They didn't tell me that I needed those
 6   medications.  They told me that the medications that
 7   could control that were those ones.
 8        Q.   Okay.  But who were the doctors that said
 9   that?
10        A.   Edgar -- several of them that interviewed me
11   like -- where is it?  What's his name?  Lumbard, Kim --
12   all of them.  There were five or six of them.  Mostly
13   them, they would say they couldn't approve them.
14        Q.   Okay.  I'm still not hearing any names as to
15   doctors that said you needed these nerve medications.
16        A.   I don't know the names.  I need the list of
17   the names to be able to tell you.
18        Q.   This is your case.  You're the one who should
19   know the doctors who told you you needed different
20   medications.
21        A.   I'll tell you right now.  Just let me look up
22   how the names are said.  I'll recognize them looking at
23   them.
24             Okay.  This person, Neubarth, J. Kim --
25        Q.   And when did -- I'm sorry.  Go ahead.
```

```
 1  Exhibit C.  That is the asthma appeal that I have.  So
 2  if you're saying that's the same one, then we have the
 3  same records.
 4       A.   I would need to see the entire record to see
 5  how many more are there.
 6       Q.   So you don't know how many other appeals, the
 7  names of those appeals, the log numbers -- any
 8  identifying information that would show you filed other
 9  appeals related to your asthma issue while at Corcoran
10  against the defendants you are suing?
11       A.   They are in my record.  I just need to be
12  granted an Olson Review to get them.
13       Q.   So from our discussion earlier, you have
14  stated that defendants Clark, Kim, Neubarth,
15  Liberstein, Rouch, Sisodia, and Nguyen were all
16  indifferent to your asthma because they were providing
17  you with a medication that could only be refilled every
18  90 days, and that caused you to occasionally go a
19  couple days without a refill.  Is that correct?
20       A.   Well, yes -- yes, they were denying my
21  medications without cause for which to deny me the
22  medications in the way that they denied me them.
23       Q.   When your medication would run out, and you
24  would submit a request for a refill, how long did it
25  take for you to get a refill?
```