# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO RIOS,<br><br>    Plaintiff,<br><br>v.<br><br>GIPSON, et al,<br><br>    Defendants. | 1:12-cv-01334-LJO-SKO (PC)<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO THEIR MOTION FOR SUMMARY JUDGMENT and REQUIRING SUPPLEMENTAL BRIEFING**<br><br>**(Doc. 116)**<br><br>**15-DAY DEADLINE** |

    Defendants have filed a motion for summary judgment on the merits of Plaintiff's claims in this action which is presently pending before the Court. (Doc. 88.) Plaintiff filed an opposition (Docs. 111-115) and Defendants recently filed a motion seeking a 60-day extension of time to file their reply (Doc. 116). Defendants' basis for the extension of time lies in the extended length of time Plaintiff had to file his opposition, the length of Plaintiff's opposition, and three deadlines in other cases -- one later this month, one in early October, and one in early November. This does not equate to good cause.

    Further, the Court has reviewed Defendants' motion for summary judgment and finds that though Defendants admit that the events underlying Plaintiff's medical claims allegedly occurred from February 15, 2007 to January 3, 2014, (Doc. 88-4, DUF No. 3), their expert witness merely reviewed Plaintiff's medical records from "March 2006 to August 16, 2012." (Doc. 88-5, Dec. of Feinberg, M.D., ¶ 3.)

///

1

Accordingly, it is **HEREBY ORDERED** that:

(1) Defendants' motion, filed on September 13, 2018 (Doc. 116), for a 60-day extension of time to file a reply to Plaintiff's opposition to their motion for summary judgment is **DENIED**;

(2) within **fifteen (15) days** from the date of service of this order Defendants **SHALL** file a supplement to their motion for summary judgment with evidence addressing the medical records for the entire length of time which forms the basis for Plaintiff's claims; and

(3) once Defendants' supplement is filed, the Court will set a deadline within which Plaintiff may file a supplement to his opposition and for Defendants' reply.

IT IS SO ORDERED.

Dated: __**September 13, 2018**__     _____/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE