# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GIPSON, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-01334-LJO-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO AMEND**<br><br>**(Docs. 104, 105, 108)** |

　　　　Plaintiff, Reno Fuentes Rios, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 19, 2018, the Magistrate Judge filed a Findings and Recommendations to deny Plaintiff's motion to amend, which was served on the parties and notified the parties that objections were to be filed within twenty-one days. (Doc. 108.) Despite lapse of more than the allowed time, neither side has filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

/ / /

/ /

1

Accordingly, IT IS HEREBY ORDERED that:

1. the Findings and Recommendations, issued on July 19, 2018 (Doc. 108), are adopted in full;
2. Plaintiff's motion to amend, filed on June 12, 2018 (Doc. 105) is DENIED; and
3. the Clerk of the Court is directed to STRIKE Plaintiff's second amended complaint, lodged on June 12, 2018 (Doc. 104), from the record in this case.

IT IS SO ORDERED.

Dated: **September 14, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE