# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO RIOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GIPSON, et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-01334-LJO-SKO (PC)<br><br>**ORDER ON PLAINTIFF'S INQUIRY REGARDING A NOTICE OF APPEAL**<br><br>(Doc. 135) |

Plaintiff, Reno Rios, is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On February 28, 2019, Defendants' motion for summary judgment was granted and this action was closed. (Docs. 133, 134.) On April 25, 2019, Plaintiff filed a document inquiring whether this Court had received his notice of appeal and requesting a copy of the docket in this action. (Doc. 135.) Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send Plaintiff a copy of the docket in this action which shows no notice of appeal has been received.

IT IS SO ORDERED.

Dated: __**May 1, 2019**__　　　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1